UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUTH VIDAL, et al,

                         Plaintiff(s)

                                                                                                   24 civ 3901 (JGK)

          -against-

ISABEL'S DAY CARE, INC., et al,
                        Defendant(s).
-----------------------------------------------------------------X

## ORDER

      The matter currently in mediation. The parties should advise the Court of the status of the case within seven (7) days of the completion of the mediation.

      The conference scheduled for Tuesday, October 1, 2024, at 2:30pm is canceled.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 24, 2024