**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------- X

RUTH VIDAL, ELIZABETH CARIAS,
and MARIA MORFIN,

                *Plaintiffs*,

    -against-

ISABEL'S DAY CARE, INC.,
and ISABEL NINO RODRIGUEZ, individually,

                *Defendants.*

Civil Action No.

**1:24-cv-03901-JGK**

**PROPOSED FORM OF JUDGMENT**

------------------------------------------- X

## JUDGMENT

On November 12, 2024, the Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

That the Plaintiffs, RUTH VIDAL, ELIZABETH CARIAS, and MARIA MORFIN, have a judgment against ISABEL'S DAY CARE, INC. and ISABEL NINO RODRIGUEZ, jointly and severally, in the amount of Eighty-Five Thousand Dollars ($85,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2024

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE