UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

RUTH VIDAL, ELIZABETH CARIAS,
and MARIA MORFIN,

                                 *Plaintiffs*,

-against-

ISABEL'S DAY CARE, INC.,
and ISABEL NINO RODRIGUEZ, individually,

                                 *Defendants.*
------------------------------------------------X

Civil Action No.

**1:24-cv-03901-JGK**

~~PROPOSED~~ **FORM OF JUDGMENT**

## JUDGMENT

On November 12, 2024, the Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

That the Plaintiffs, RUTH VIDAL, ELIZABETH CARIAS, and MARIA MORFIN, have a judgment against ISABEL'S DAY CARE, INC. and ISABEL NINO RODRIGUEZ, jointly and severally, in the amount of Eighty-Five Thousand Dollars ($85,000.00), which is inclusive of attorneys' fees and costs.

Dated: 11/19, 2024

                                                           */s/ John G. Koeltl*
                                                   UNITED STATES DISTRICT JUDGE

*The Clerk is directed to close this case.*
*So ordered.*
*11/19/24*  */s/ John G. Koeltl*
              *U.S.D.J.*