UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

RUTH VIDAL, ELIZABETH CARIAS and
MARIA MORFIN,

                                 Plaintiff,        1:24-cv-03901-JGK

     - against -

ISABEL'S DAY CARE, INC., and ISABEL NINO
RODRIGUEZ, in her capacity as an officer and/or
owner of ISABEL'S DAY CARE, INC,

                                Defendants.
------------------------------------------------------------- x

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 18th day of November, 2024, in favor of Ruth Vidal, Elizabeth Carias, Maria Morfin and against Isabel's Day Care INC and Isabel Nino Rodriguez in the amount of $85,000.00 inclusive of attorneys fees and costs, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       February 04, 2026

By: *[signature]*
      Lina Stillman
**STILLMAN LEGAL P.C**
42 Broadway, 12th Floor
New York, New York 10004
Telephone: (212) 203-2417